|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

RONALD B. SPRING, JR.,

       Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1251

Opinion filed December 15, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Ronald B. Spring, Jr., pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel,
Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

MARSTILLER, RAY, and BILBREY, JJ., CONCUR.